# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Bates, John D. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>June 25, 2008 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>District Judge - Article III (active) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ____ Final | 6. Reporting Period<br><br>1/1/2007 to 12/31/2007 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address<br><br>333 Constitution Ave., NW,<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[✓] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[✓] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

RECEIVED 2008 JUN 30 A 10: 56 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[✓] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] **NONE** (No reportable non-investment income.)

| 1. | 2007 | ███████████████ | |
|---|---|---|---|
| 2. | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | John D. Bates | June 25, 2008 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☑ **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☑ **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☑ **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Wachovia Account | A | Interest | J | T | | | | | |
| 2 Sun Trust Accounts | A | Interest | J | T | | | | | |
| 3 **Smith Barney - IRA - C** (formerly "Zirkin - City Nat'l Inv.-PSP-C"; "Zirkin - UBS Fin'l Servs.- IRA-C"; and "Zirkin - City Nat'l Inv.-401K-C" | | | | | | | | | |
| 4 -- Fidelity Adv. Growth & Income | | None | | | sell | 8/7 | K | | |
| 5 -- CNI Charter Prime Money Fund | A | Dividend | | | sell | 8/13 | J | | |
| 6 -- CISCO Sys. Common | | None | K | T | | | | | |
| 7 -- Arlington Tankers Common | B | CapGain | | | sell | 9/24 | K | B | |
| 8 -- Chevron Texaco Common | | None | L | T | | | | | |
| 9 -- HP Common | | None | L | T | | | | | |
| 10 -- CNI Charter Prime Money Fund | B | Dividend | | | sell | 8/13 | L | | |
| 11 -- Abbott Labs - Common | D | CapGain | | | sell | 9/24 | K | D | |
| 12 -- Amer Int'l Group - Common | | None | K | T | | | | | |
| 13 -- Auto Data Proc - Common | | None | K | T | | | | | |
| 14 -- Amer Cap Str Common | | None | K | T | | | | | |
| 15 -- Dow Chem Common | | None | K | T | | | | | |
| 16 -- Home Depot - Common | | None | K | T | | | | | |
| 16A -- JP Morgan Chase & Co. Common | | None | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17  -- Pfizer Common | | None | K | T | | | | | |
| 18  -- Tyco Int'l Common | | None | | | merger | 7/2 | K | | |
| 19  -- Tyco Int'l Ltd. (new) | | None | | | merger sell | 7/2 9/24 | J J | | |
| 20  -- Bank of Amer. - Common | | None | K | T | | | | | |
| 21  -- SLM Corp. - Common | | None | K | T | | | | | |
| 22  -- Wash Mutual Common | | None | | | sell | 12/19 | J | | |
| 23  -- Procter & Gamble - Common | | None | K | T | | | | | |
| 24  -- Zimmer Hldgs - Common | D | CapGain | | | sell | 9/24 | K | D | |
| 25  -- Verizon Common | | None | K | T | | | | | |
| 26  -- Idearc Common | A | CapGain | | | sell | 9/24 | J | A | |
| 27  -- Capital One Fin'l Common | | None | K | T | | | | | |
| 28  -- Quest Diag. - Common | E | CapGain | | | sell | 9/24 | L | E | |
| 29  -- Baxter Int'l Common | | None | K | T | | | | | |
| 30  -- CINN Fin'l Corp. Common | B | Div. | K | T | | | | | |
| 31  -- UBS PW Retirement Money Fund | A | Div. | | | sell | 7/27 | J | | |
| 32  -- Broadridge Fin'l - Common | | | | | spinoff | 4/2 | J | | |
| 33 | A | CapGain | | | sell | 9/24 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | G=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34 -- Tyco Electronics Ltd. | | None | J | T | merger | 7/2 | J | | |
| 35 -- Covidien Ltd. | | | | | merger | 7/2 | J | | |
| 36 | A | CapGain | | | sell | 9/24 | J | A | |
| 37 -- Citibank Acct. | | | | | buy | 7/30 | J | | |
| 38 | | None | | | sell | 9/19 | J | | |
| 39 -- Dreyfus Money Mkt. | | | | | buy | 9/20 | L | | |
| 40 | B | Dividend | N | T | buy/sell | var. | L | | |
| 41 -- FISERV Inc. | | None | J | T | buy | 11/27 | J | | |
| 42 -- AXA Equitable Life Annuity | | | | | buy | 5/7 | J | | |
| 43 | | None | K | T | buy | var. | K | | |
| 44 Smith Barney - Joint (includes former "Zirkin-UBS Fin.Servs. - Joint") | | | | | | | | | |
| 45 -- Citibank Money Fund | B | Interest | K | T | buy/sell | var. | N | | |
| 46 -- AIM Aggressive Growth | | None | | | sell | 4/19 | J | | |
| 47 -- AIM Const Fund C | | None | | | sell | 4/19 | J | | |
| 48 -- GE (Genworth) Life & Annuity | B | Dividend | | | sell | 6/27 8/29 | K | | |
| 49 -- Transamerica Life Annuity (PLF endeavor) | A | Dividend | | | sell | 5/7 | J | | |
| 50 -- Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 51 -- Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 52 -- Citigroup Common | | None | | | sell | 9/21 | K | | |
| 53 -- Clorox Common | D | CapGain | | | sell | 9/24 | K | D | |
| 54 -- First Data Common | C | CapGain | | | merger | 9/25 | K | C | |
| 55 -- Western Union Common | A | Dividend | J | T | | | | | |
| 56 -- Fiserv Inc. Common | | None | K | T | | | | | |
| 57 -- Gannett Co. Common | A | Dividend | J | T | | | | | |
| 58 -- Time Warner Common | A | Dividend | K | T | | | | | |
| 59 -- United Health Common | A | Dividend | L | T | | | | | |
| 60 -- Wyeth Common | A | Dividend | K | T | | | | | |
| 61 -- RMA Money Mkt | D | Dividend | | | sell | 7/30 | N | | |
| 62 -- AES Corp. Common | | None | L | T | | | | | |
| 63 -- New Perspective Fund | A | Dividend | K | T | buy | 4/19 | K | | |
| 64 -- Barclays Bank Pref. | | None | K | T | buy | 9/6 | K | | |
| 65 -- Howard Cty. MD Bond | A | Interest | L | T | buy | 9/5 | L | | |
| 66 -- MD Dept HSG&Comm Dev Bond | A | Interest | K | T | buy | 9/5 | K | | |
| 67 -- PG Cty MD Bond | B | Interest | L | T | buy | 9/5 | L | | |
| 68 -- Univ. Sys. MD Bond | A | Interest | K | T | buy | 9/5 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 69. -- Wash. Sub. San. Dt. MD Bond | B | Interest | K | T | buy | 9/5 | L | | |
| 70. -- Western Asset Money Market | A | Dividend | J | T | buy | 9/26 9/28 | K | | |
| 71. -- Arch Capital Group Ltd. | | None | J | T | buy | 11/27 | J | | |
| 72. -- Amer. Tower Corp. - Class A | | None | J | T | buy | 11/27 | J | | |
| 73. -- Chemed Corp. | A | Dividend | J | T | buy | 11/27 | J | | |
| 74. -- Davita Inc. | | None | J | T | buy | 11/27 | J | | |
| 75. -- Electronics for Imaging | | None | J | T | buy | 11/27 | J | | |
| 76. -- Energy Transfer Ptns LP | A | Dividend | J | T | buy | 11/27 | J | | |
| 77. -- Halliburton Co. Hldgs. | A | Dividend | J | T | buy | 11/27 | J | | |
| 78. -- Intuit Inc. | | None | J | T | buy | 11/27 | J | | |
| 79. -- NY Comm. Bancorp | A | Dividend | J | T | buy | 11/27 | J | | |
| 80. -- Powershares Ex-Traded Fund Dynamic Biotech & Genome | | None | J | T | buy | 11/27 | J | | |
| 81. -- Schwab Chs.Corp. | A | Dividend | J | T | buy | 11/27 | J | | |
| 82. -- Unum Group | A | Dividend | J | T | buy | 11/27 | J | | |
| Smith Barney - IRA - J (formerly "Zirkin - UBS Fin'l Servs - IRA - J") | | | | | | | | | |
| 83. -- AT&T Inc. Common | | None | L | T | | | | | |
| 84. -- IBM Common | | None | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 85. -- Medtronic Common | | None | K | T | | | | | |
| 86. -- UBS PW Retirement Money Fund | A | Dividend | | | sell | 7/30 | K | A | |
| 87. -- Alltel Corp. Common | D | CapGain | | | merger | 11/16 | K | D | |
| 88. -- Genuine Parts Common | E | CapGain | | | sell | 9/24 | L | E | |
| 89. -- Untd Tech Common | | None | K | T | | | | | |
| 90. -- Colgate Palmolive Common | | None | K | T | | | | | |
| 91. -- Tribune Common | | None | | | sell | 10/4 | J | | |
| 92. -- Citibank Acct. | | | | | buy | 7/31 | K | | |
| | | None | | | sell | 9/25 | K | | |
| 93. -- Dreyfus Money Mkt | | | | | buy | 9/25 | K | | |
| | A | Dividend | J | T | buy/sell | var. | K | | |
| 94. -- Cameron Int'l - Common | | None | J | T | buy | 11/27 | J | | |
| 95. -- Centerpoint Energy - Common | | None | J | T | buy | 11/27 | J | | |
| 96. -- Conagra Foods - Common | | None | J | T | buy | 11/27 | J | | |
| 97. -- Forest Oil Corp. - Common | | None | J | T | buy | 11/27 | J | | |
| 98. -- Gaylord Ent. Co. - Common | | None | J | T | buy | 11/27 | J | | |
| 99. -- HCC Ins. Hldgs. - Common | | None | J | T | buy | 11/27 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page _7_ INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 100. -- Hain Celestial Group - Common | | None | J | T | buy | 11/27 | J | | |
| 101. -- Pactiv Corp. - Common | | None | J | T | buy | 11/27 | J | | |
| 102. -- JC Penney - Common | | None | J | T | buy | 11/27 | J | | |
| 103. -- Wisconsin Energy Hldg-Common | | None | J | T | buy | 11/27 | J | | |
| 104. -- IShares TR-DJ Transp. Index Fund | | None | J | T | buy | 11/23 | J | | |
| 105. -- IShares TRGlobal Ind Index Fund | | None | J | T | buy | 11/23 | J | | |
| 106. -- IShares Dow Jones US Health Care Providers Index Fund | | None | J | T | buy | 11/23 | J | | |
| 107. -- Powershares - Dynamic Semiconductors | | None | J | T | buy | 11/23 | J | | |
| 108. -- Powershares - Dynamic Media Portfolio | | None | J | T | buy | 11/23 | J | | |
| 109. -- SPDR Index SHS FDS DJ Wilshire Int'l Real Estate | | None | J | T | buy | 11/23 | J | | |
| 110. -- SPDR TR S&P Retail ETF | | None | J | T | buy | 11/23 11/27 | J | | |
| 111. -- SPDR SER TR KBW CAP MKTS ETF | | None | J | T | buy | 11/27 | J | | |
| 112. -- SPDR SER TR KBW BK ETF | | None | J | T | buy | 11/23 | J | | |
| 113. -- Select Spector SPDR Energy | | None | J | T | buy | 11/23 | J | | |
| 114. -- Vanguard Consumer Staples ETF | | None | J | T | buy | 11/23 | J | | |
| 115. -- Vanguard Health Care ETF | | None | J | T | buy | 11/23 | J | | |
| 116. -- Vanguard Info. Tech. ETF | | None | J | T | buy | 11/23 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month/Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 117. -- Vanguard Int'l Equity (European) ETF | None | | J | T | buy | 11/23 | J | | |
| 118. Corts TR For US West Comm.Debs | | | | | buy | 11/23 | J | | |
| | A | Dividend | | | sell | 11/27 | J | | |
| 119. -- Int'l Rectifier Common | | | | | buy | 11/23 | J | | |
| | | None | | | sell | 11/27 | J | | |
| 120. -- SPDR SER TR KBW INS ETF | | None | J | T | buy | 11/23 | J | | |
| 121. -- IShares S&P Software Index Fund | | None | J | T | buy | 11/23 | J | | |
| | | | | | | | | | |
| **Smith Barney - K** | | | | | | | | | |
| 122. -- AIM Const. Fund | A | Dividend | | | sell | 4/19 | J | A | |
| 123. -- Invest Co. of Amer | A | Dividend | J | T | | | | | |
| 124. -- Fidelity Blue Chip Growth | A | Dividend | | | sell | 4/19 | J | A | |
| 125. -- Fidelity Dividend Growth | A | Dividend | | | sell | 4/19 | K | A | |
| 126. -- Citibank Acct. | A | Interest | K | T | open withdraw | 4/30 var. | L K | A | |
| | | | | | | | | | |
| 127. TIAA CREF Ret. Acct. - C | | None | J | T | buy | var. | J | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | John D. Bates | June 25, 2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544